IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.  14-M-79 (HKS)

JASON GENTZKE

Defendant.

---

### ORDER OF DISMISSAL

The United States Attorney for the Western District of New York hereby dismisses without prejudice the criminal complaint as against defendant JASON GENTZKE pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon.

DATED: Buffalo, New York, May 27, 2015.

BY:

WILLIAM J. HOCHUL, JR.
United States Attorney

EDWARD H. WHITE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York   14202
716/843-5862
edward.h.white@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

DATED:   Buffalo, New York
         May 22, 2015.

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge